JACKSON COUNTY EX REL. SMOKER v. SMOKER

No. 394PA94

Case below: 115 N.C.App. 400

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1994. The case will be consolidated with *State ex rel. Alfred West, Jr. v. Linda G. West*, 395PA94, for purposes of oral argument.

JOHN R. SEXTON & CO. v. JUSTUS

No. 523PA94

Case below: 116 N.C.App. 293

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 8 December 1994.

JONES COUNTY DSS v. GREEN

No. 432A94

Case below: 116 N.C.App. 137

Notice of appeal by defendant (substantial constitutional question) dismissed 8 December 1994.

JOYNER v. DEANS

No. 529P94

Case below: 116 N.C.App. 359

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 December 1994.

LAKE TOXAWAY PROPERTY OWNERS ASSN. v. LEDDICK

No. 468P94

Case below: 115 N.C.App. 729

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1994.